Albert Tyrone JOHNSON,
Petitioner–Appellant,

v.

Harold W. CLARKE, Director, Virginia
Department of Corrections,
Respondent–Appellee.

Albert Tyrone Johnson, Petitioner–
Appellant,

v.

Harold W. Clarke, Director, Virginia
Department of Corrections,
Respondent–Appellee.

Nos. 11–6138, 11–6403.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 10, 2011.

Decided: Nov. 17, 2011.

Albert Tyrone Johnson, Appellant Pro
Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for
Appellee.

Before GREGORY, DUNCAN, and
DAVIS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Albert
Tyrone Johnson seeks to appeal the district court's order denying relief on his 28
U.S.C. § 2254 (2006) petition (No. 11–6138)
and its order denying leave to appeal in
forma pauperis in appeal No. 11–6138 (No.
11–6403). In No. 11–6138, the district
court's order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. *See* 28 U.S.C.
§ 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When
the district court denies relief on the merits, a prisoner satisfies this standard by
demonstrating that reasonable jurists
would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional
right. *Slack,* 529 U.S. at 484–85, 120 S.Ct.
1595. We have independently reviewed
the record and conclude that Johnson has
not made the requisite showing. Accordingly, we deny a certificate of appealability
and dismiss the appeal in No. 11–6138.

Turning to appeal No. 11–6403, the denial of in forma pauperis status is immediately appealable. *Roberts v. U.S. Dist. Ct.,*
339 U.S. 844, 845, 70 S.Ct. 954, 94 L.Ed.
1326 (1950) (per curiam). Because this
court granted Johnson leave to appeal in
forma pauperis in No. 11–6138, we dismiss
the appeal in No. 11–6403 as moot. *See
Incumaa v. Ozmint,* 507 F.3d 281, 286 (4th
Cir.2007) (setting forth the principles of
appellate mootness). We dispense with
oral argument because the facts and legal
contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*DISMISSED.*